```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 24415
    ANGELYN SOUTHALL
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9326


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 06/20/2005 and was confirmed 09/22/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  12.92%.

      The case was paid in full 12/08/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
 FORD MOTOR CREDIT          SECURED            7000.00         799.00        7000.00
 FORD MOTOR CREDIT          UNSECURED        NOT FILED            .00            .00
 AT&T WIRELESS              UNSECURED           783.53            .00         100.93
 CREDIT PROTECTION ASSOC    NOTICE ONLY      NOT FILED            .00            .00
 COMMONWEALTH EDISON        UNSECURED           723.84            .00          93.25
 G C SERVICES .             UNSECURED        NOT FILED            .00            .00
 G C SERVICES .             UNSECURED        NOT FILED            .00            .00
 ILLINOIS TOLLWAY           NOTICE ONLY      NOT FILED            .00            .00
 MERCHANTS CREDIT GUIDE C   UNSECURED        NOT FILED            .00            .00
 MUNCIPAL COLLECTION SERV   UNSECURED        NOT FILED            .00            .00
 NICOR GAS                  UNSECURED           884.29            .00         113.91
 PARK DANSAN                UNSECURED        NOT FILED            .00            .00
 RMI/MCSI                   UNSECURED OTH      4450.00            .00         577.88
 RMI/MCSI                   UNSECURED        NOT FILED            .00            .00
 RMI/MCSI                   UNSECURED        NOT FILED            .00            .00
 RMI/MCSI                   UNSECURED        NOT FILED            .00            .00
 VILLAGE OF PARK FOREST     NOTICE ONLY      NOT FILED            .00            .00
 RMI/MCSI                   UNSECURED        NOT FILED            .00            .00
 RMI/MCSI                   UNSECURED        NOT FILED            .00            .00
 RMI/MCSI                   UNSECURED        NOT FILED            .00            .00
 RMI/MCSI                   UNSECURED        NOT FILED            .00            .00
 KANKAKEE COUNTY COURTHOU   NOTICE ONLY      NOT FILED            .00            .00
 SUNRISE CREDIT             UNSECURED        NOT FILED            .00            .00
 TCF BANK                   UNSECURED        NOT FILED            .00            .00
 TCF BANK                   NOTICE ONLY      NOT FILED            .00            .00
 VILLAGE OF OLYMPIA FIELD   UNSECURED        NOT FILED            .00            .00
 DISCOVER CARD              UNSECURED          3688.62            .00         475.17
 DISCOVER                   NOTICE ONLY      NOT FILED            .00            .00
 T-MOBILE BANKRUPTCY        UNSECURED           349.39            .00          45.01
 SBC                        UNSECURED           365.66            .00          47.10
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        1,905.20                     1,905.20
 TOM VAUGHN                 TRUSTEE                                           722.93

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 24415 ANGELYN SOUTHALL
```

```
DEBTOR REFUND            REFUND                                         129.62

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 12,010.00

PRIORITY                                              .00
SECURED                                          7,000.00
    INTEREST                                       799.00
UNSECURED                                        1,453.25
ADMINISTRATIVE                                   1,905.20
TRUSTEE COMPENSATION                               722.93
DEBTOR REFUND                                      129.62
                        ---------------    ---------------
TOTALS                  12,010.00               12,010.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE